IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MOTOROLA MOBILITY, INC. and
GENERAL INSTRUMENT CORPORATION,

           Plaintiffs,

v.

MICROSOFT CORPORATION,

           Defendant.

ORDER

10-cv-699-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455(a)(d )(4).

Entered this 8th day of February, 2011.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge